May 07, 2010

Mr. Gerard Fazio
Owen & Fazio, P.C.
10440 North Central Expressway, Suite 1450
Dallas, TX 75231

Honorable Carlos Villa
County Court at Law #5
El Paso County Court House
500 East San Antonio #806
El Paso, TX 79901
Mr. Joseph Gabriel Isaac
Scherr & Legate, PLLC
One Texas Tower
109 N. Oregon Street, 12th Floor
El Paso, TX 79901

RE: Case Number: 09-0786
 Court of Appeals Number: 08-09-00174-CV
 Trial Court Number: 2009-980

Style: IN RE ODYSSEY HEALTHCARE, INC. AND GEORGE PORTILLO

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367. The
stay order issued October 9, 2009 is lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Ms. Delia |
| |Briones |
| |Ms. Denise |
| |Pacheco |